# Exhibit C

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

Public Health Service

Centers for Disease Control
and Prevention (CDC)
Atlanta GA 30333

January 4, 2023

***SENT VIA EMAIL***

Christopher Wiest
Attorney at Law, PLLC
25 Town Center Blvd Suite 104
Crestview Hills, Kentucky 41017
Via email: chris@cwiestlaw.com

Dear Mr. Wiest:

The Centers for Disease Control and Prevention and Agency for Toxic Substances and Disease Registry (CDC/ATSDR) received your Freedom of Information Act (FOIA) request dated January 3, 2023. Your request assigned number is 23-00462-FOIA, and it has been placed in our complex processing queue (copy enclosed).

**Extension of Time**
In unusual circumstances, an agency can extend the twenty-working-day limit to respond to a FOIA request.

We will require more than thirty working days to respond to your request because:

☐ We reasonably expect to receive and review voluminous records in response to your request.
☐ We reasonably expect to consult with two or more C/I/O/s, or another HHS operating division or another federal agency about your request.

To process your request promptly, please consider narrowing the scope of your request to limit the number of responsive records. If you have any questions or wish to discuss reformulation or an alternative time frame for the processing of your request, you may contact the analyst handling your request Irma S. Diaz at 770-488-6310 or our FOIA Public Liaison, Roger Andoh at 770-488-6277. Additionally, you may contact the Office of Government Services (OGIS) to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services; National Archives and Records Administration; 8601 Adelphi Road-OGIS; College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

**Expedited Processing**
You requested that we expedite processing your request. Your request is denied because:
☐ You have failed to show that there is an imminent threat to the life or physical safety of an individual.
☐ You have not demonstrated that you are a person primarily engaged in disseminating information.

**Fees and Fee Waivers**
You requested that we waive fees associated with processing your request, your request is denied because it doesn't meet the following criteria:
☐ You have failed to demonstrate that you disseminate information to the public.
☐ You have failed to provide enough information to warrant a waiver of fees.

**Fee Category**
Because you are considered an "Other requester" you are entitled to two hours of free search time, and up to 100 pages of duplication (or the cost equivalent of other media) without charge, and you will not be charged for review time. We may charge for search time beyond the first two hours and for duplication beyond the first 100 pages. (10 cents/page).

**Appeal Rights**

You have the right to appeal the agency's expedited processing and fee waiver response to your request. You may file your appeal with the Deputy Agency Chief FOIA Officer, Office of the Assistant Secretary for Public Affairs, U.S. Department of Health and Human Services, via the online portal at https://requests.publiclink.hhs.gov/App/Index.aspx. Your appeal must be electronically transmitted by April 5, 2023

You may check on the status of your case on our FOIA webpage https://foia.cdc.gov/app/Home.aspx and entering your assigned request number. If you have any questions regarding your request, please contact me at 770-488-6310 or via email at jyo0@cdc.gov.

Sincerely,

Roger Andoh
CDC/ATSDR FOIA Officer
Office of the Chief Operating Officer
Phone: (770) 488-6399
Fax: (404) 235-1852

23-00462-FOIA