# Exhibit D



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

Public Health Service

Centers for Disease Control
and Prevention (CDC)
Atlanta GA 30333

January 12, 2023

***SENT VIA EMAIL***

Christopher Wiest
Attorney at Law, PLLC
25 Town Center Blvd. Suite 104
Crestview Hills, Kentucky 41017
Via email: chris@cwiestlaw.com

Dear Mr. Wiest:

This letter is in response to your Centers for Disease Control and Prevention and Agency for Toxic Substances and Disease Registry (CDC/ATSDR) Freedom of Information Act (FOIA) request of January 3, 2023.  Your request assigned number is 23-00462-FOIA, seeking:

> *"All data obtained from v-safe users/registrants from the free text fields within the v-safe program for COVID-19 vaccines and the registrant code associated with each free text field/entry. (Note that all records from pre-populated fields, other than registrant code, can be excluded). Date range: 10/01/2020-12/31/2022."*

Please click on the following link to download a copy of the public v-safe data released by CDC. The data contains the <u>registrant codes</u> for all participants: *https://data.cdc.gov/Public-Health-Surveillance/v-safe/dqgu-gg5d*

Please be informed that the agency is withholding the v-safe free-text-fields data for the following reasons:

- There are 7.8 million free-text field entries collected in v-safe from registered users that contain personal identifiable information (PII).

- The agency lacks the resources to manually review the data collected from these registrants.

Alternatively, we are providing you with a copy of the "v-safe motivation survey" dataset. This dataset includes survey responses collected from v-safe participants from May 1, 2022, through June 31, 2022. After a careful review, some of the information has been withheld from release pursuant to FOIA Exemption 6.

Please click on the following link or copy into a web browser to download a copy of your records (download access is open for 90 days).
https://centersfordiseasecontrol.sharefile.com/d-s43a2254979c94ab6b5c52584509a351f

Page 2 – Christopher Wiest

**Appeal Rights**

If you are not satisfied with the response to this request, you may administratively appeal to the Deputy Agency Chief FOIA Officer, Office of the Assistant Secretary for Public Affairs, U.S. Department of Health and Human Services, via the online portal at https://requests.publiclink.hhs.gov/App/Index.aspx. Your appeal must be electronically transmitted by April 13, 2023.

Sincerely,

Roger Andoh
CDC/ATSDR FOIA Officer
Office of the Chief Operating Officer
Phone: (770) 488-6399
Fax: (404) 235-1852

#23-00462-FOIA