IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| FREEDOM COALITION OF DOCTORS FOR CHOICE, | |
| Plaintiff, | |
| v. | 2:23-CV-102-Z |
| CENTERS FOR DISEASE CONTROL AND PREVENTION, *et al.*, | |
| Defendants. | |

## ORDER

Before the Court is Plaintiff's Motion to Proceed Without Local Counsel (ECF No. 5) ("Motion"), filed on June 23, 2023. Having considered the Motion, the Court **GRANTS** the Motion. It is **ORDERED** that Plaintiff may proceed in this case without local counsel as ordinarily required under Local Civil Rule 83.10.

**SO ORDERED**.

June 26, 2023

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE