IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| FREEDOM COALITION OF DOCTORS FOR CHOICE,<br><br>    Plaintiff,<br><br>v.<br><br>CENTERS FOR DISEASE CONTROL AND PREVENTION, *et al.*,<br><br>    Defendants. | 2:23-CV-102-Z |

## ORDER

Before the Court is Plaintiff's Application for Admission *Pro Hac Vice* ("Application") (ECF No. 2), filed on June 19, 2023. Christopher D. Wiest is an attorney licensed to practice in the Ohio. Mr. Wiest represented to the Court that he has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988), and the Local Rules for the Northern District of Texas and will comply with the standards set forth in *Dondi* and the Local Rules. John Sullivan is associated counsel, and Mr. Sullivan has been granted permission to proceed without local counsel. Accordingly, the Court **GRANTS** the Application and **ORDERS** that Mr. Wiest may represent Plaintiff in this matter, subject to further order of the Court.

**SO ORDERED**.

June 26, 2023

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE