# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| Freedom Coalition of Doctors for Choice | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 2:23-cv-00102-Z |
| | ) | |
| Centers for Disease Control and Prevention et al | ) | |
| *Defendant* | ) | |

## Summons in a Civil Action

**TO:** Centers for Disease Control and Prevention

These copies of the summons and complaint are to be either:
(1) delivered to the United States Attorney for the Northern District of Texas <u>or</u> to an assistant United States attorney or clerical employee whom the United States Attorney has designated in writing filed with the Clerk of the United States District Court for the Northern District of Texas;

or

(2) send by registered or certified mail to the civil-process clerk at the Office of the United States Attorney for the Northern District of Texas ( 500 S. Taylor Street, Suite LB238, Amarillo, TX 79101)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John Sullivan
610 Uptown Boulevard, Suite 2000
Cedar Hill , TX 75104

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

DATE: 06/20/2023

*Signature of Clerk or Deputy Clerk*

Civil Action No. 2:23-cv-00102-Z

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*) Centers for Disease Control and Prevention and Health and Human Services
was received by me on (*date*) 6/20/2023 . c/o U.S. Attorney, NDTX

☐ I personally served the summons on the individual at (*place*) _____
_____ on (*date*) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (*name*) _____
_____, a person of suitable age and discretion who resides there,
on (*date*) _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on (*name of individual*) AUSA George Pattis , who is designated
by law to accept service of process on behalf of (*name of organization*) U.S. Attorney, NDTX
_____ on (*date*) 7/7/2023 ; or
(see attached confirmation)

☐ I returned the summons unexecuted because _____ ; or

☐ other (*specify*) _____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 7/11/2023

*Server's signature*

Christopher D Wiest, Counsel for Plaintiff
Printed name and title

25 Town Center Blvd, Ste. 104
Crestview Hills, KY 41017

Server's address

Additional information regarding attempted service, etc:



GEORGE M. PADIS, *Assistant United States Attorney*

1100 Commerce Street, Third Floor
Dallas, Texas 75242

*Telephone*: 214.659.8600
*Facsimile*: 214.659.8811

---

July 7, 2023

Christopher Wiest                                   *Via email*
Chris Wiest, Attorney at Law, PLLC
25 Town Center Blvd, Ste. 104
Crestview Hills, KY 41017
chris@cwiestlaw.com

Re:   *Freedom Coalition of Doctors for Choice v. CDC et al.*, No. 2:23-cv-102-Z (N.D. Tex.)

Dear Mr. Wiest:

This letter confirms that on July 6, 2023, I accepted on behalf of the United States Attorney for the Northern District of Texas service of the summonses and complaint in the above-captioned action. *See* Fed. R. Civ. P. 4(*i*)(1)(A)(i).

Please note that my authority to accept service of process is limited to service on the United States Attorney for the Northern District of Texas, and I do not have authority to accept service of process on behalf of the Attorney General for purposes of Fed. R. Civ. P. 4(*i*)(1)(B).

Yours very truly,

LEIGHA SIMONTON
UNITED STATES ATTORNEY

GEORGE PADIS
Digitally signed by GEORGE PADIS
Date: 2023.07.07 09:03:08 -05'00'

George M. Padis
Assistant United States Attorney

CC: John Sullivan
Sarah Delaney