AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| Freedom Coalition of Doctors for Choice <br> *Plaintiff* <br> v. <br> Centers for Disease Control and Prevention et al <br> *Defendant* | ) ) ) ) ) ) ) ) Civil Action No. 2:23-cv-00102-Z |

## Summons in a Civil Action

**TO:** Centers for Disease Control and Prevention

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

John Sullivan
610 Uptown Boulevard, Suite 2000
Cedar Hill , TX 75104

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE: 06/20/2023

*Signature of Clerk or Deputy Clerk*

Civil Action No. 2:23-cv-00102-Z

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*) Centers for Disease Control and Prevention
was received by me on (*date*) 6/20/2023 .

☐ I personally served the summons on the individual at (*place*) _____ on (*date*) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (*name*) _____, a person of suitable age and discretion who resides there, on (*date*) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (*name of individual*) _____, who is designated by law to accept service of process on behalf of (*name of organization*) _____ on (*date*) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ other (*specify*) Pursuant to FRCP 4(i), the Defendant was served by certified mail (signed for on 6/27/2023) by the agency; the Attorney General was likewise served via certified mail as required by FRCP 4(i) (signed for on 6/27/2023); and the U.S. Attorney for the Northern District of Texas was served by their agreement on 7/7/2023. Green cards and USAO/NDTX confirmation of service attached.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 7/14/2023

*Server's signature*

Christopher Wiest, Attorney for Plaintiffs
*Printed name and title*

25 Town Center Blvd, Ste. 104, Crestview Hills, KY 41017
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| Freedom Coalition of Doctors for Choice <br> *Plaintiff* <br> v. <br> Centers for Disease Control and Prevention et al <br> *Defendant* | ) ) ) ) ) ) ) ) Civil Action No. 2:23-cv-00102-Z |

## Summons in a Civil Action

**TO:** Centers for Disease Control and Prevention

These copies of the summons and complaint are to be either:
(1) delivered to the United States Attorney for the Northern District of Texas <u>or</u> to an assistant United States attorney or clerical employee whom the United States Attorney has designated in writing filed with the Clerk of the United States District Court for the Northern District of Texas;

or

(2) send by registered or certified mail to the civil-process clerk at the Office of the United States Attorney for the Northern District of Texas ( 500 S. Taylor Street, Suite LB238, Amarillo, TX 79101)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John Sullivan
610 Uptown Boulevard, Suite 2000
Cedar Hill , TX 75104

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE:  06/20/2023

*Signature of Clerk or Deputy Clerk*

Civil Action No. 2:23-cv-00102-Z

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated
by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ other *(specify)*  Pursuant to FRCP 4(i), the Defendant was served by certified mail (signed for on 6/27/2023) by the agency; the Attorney General was likewise served via certified mail as required by FRCP 4(i) (signed for on 6/27/2023); and the U.S. Attorney for the Northern District of Texas was served by their agreement on 7/7/2023. Green cards and USAO/NDTX confirmation of service attached.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 7/14/2023                                   *[signature]*
                                                  Server's signature

                                                  Christopher Wiest, Attorney for Plaintiffs
                                                  Printed name and title

                                                  25 Town Center Blvd, Ste. 104, Crestview Hills, KY 41017
                                                  Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| Freedom Coalition of Doctors for Choice<br>*Plaintiff*<br>v.<br>Centers for Disease Control and Prevention et al<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 2:23-cv-00102-Z |

**Summons in a Civil Action**

**TO:** Centers for Disease Control and Prevention

(These copies of the summons and complaint are to be sent by registered or certified mail to the Attorney General of the United States at 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001.)

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

  John Sullivan
  610 Uptown Boulevard, Suite 2000
  Cedar Hill , TX 75104

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DATE: 06/20/2023

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

Civil Action No. 2:23-cv-00102-Z

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*) _____

was received by me on (*date*) _____.

☐ I personally served the summons on the individual at (*place*) _____
_____ on (*date*) _____; or

☐ I left the summons at the individual's residence or usual place of abode with (*name*) _____
_____, a person of suitable age and discretion who resides there,
on (*date*) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (*name of individual*) _____, who is designated
by law to accept service of process on behalf of (*name of organization*) _____
_____ on (*date*) _____; or

☐ I returned the summons unexecuted because _____; or

☒ other (*specify*)  Pursuant to FRCP 4(i), the Defendant was served by certified mail (signed for on 6/27/2023) by the agency; the Attorney General was likewise served via certified mail as required by FRCP 4(i) (signed for on 6/27/2023); and the U.S. Attorney for the Northern District of Texas was served by their agreement on 7/7/2023. Green cards and USAO/NDTX confirmation of service attached.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 7/14/2023

*Server's signature*

Christopher Wiest, Attorney for Plaintiffs
*Printed name and title*

25 Town Center Blvd, Ste. 104, Crestview Hills, KY 41017
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| Freedom Coalition of Doctors for Choice<br>*Plaintiff*<br>v.<br>Centers for Disease Control and Prevention et al<br>*Defendant* | )<br>)<br>)  Civil Action No. 2:23-cv-00102-Z<br>)<br>)<br>)<br>) |

## Summons in a Civil Action

**TO:** U.S. Department of Health and Human Services

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

John Sullivan
610 Uptown Boulevard, Suite 2000
Cedar Hill , TX 75104

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

25 Town Center Blvd, Ste. 104, Crestview Hills, KY 4101725 Town C

*CLERK OF COURT*

DATE: 06/20/2023

*Signature of Clerk or Deputy Clerk*

Civil Action No. 2:23-cv-00102-Z

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*) _____

was received by me on (*date*) _____.

☐ I personally served the summons on the individual at (*place*) _____
_____ on (*date*) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (*name*) _____
_____, a person of suitable age and discretion who resides there,
on (*date*) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (*name of individual*) _____, who is designated by law to accept service of process on behalf of (*name of organization*) _____
_____ on (*date*) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ other (*specify*)  Pursuant to FRCP 4(i), the Defendant was served by certified mail (signed for on 6/26/2023) by the agency; the Attorney General was likewise served via certified mail as required by FRCP 4(i) (signed for on 6/27/2023); and the U.S. Attorney for the Northern District of Texas was served by their agreement on 7/7/2023. Green cards and USAO/NDTX confirmation of service attached.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 7/14/2023                        *[signature]*
                                       Server's signature

                                       Christopher Wiest, Attorney for Plaintiffs
                                       Printed name and title

                                       25 Town Center Blvd, Ste. 104, Crestview Hills, KY 41017
                                       Server's address

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| Freedom Coalition of Doctors for Choice | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 2:23-cv-00102-Z |
| | ) | |
| Centers for Disease Control and Prevention et al | ) | |
| *Defendant* | ) | |

**Summons in a Civil Action**

**TO:** U.S. Department of Health and Human Services

These copies of the summons and complaint are to be either:
(1) delivered to the United States Attorney for the Northern District of Texas <u>or</u> to an assistant United States attorney or clerical employee whom the United States Attorney has designated in writing filed with the Clerk of the United States District Court for the Northern District of Texas;

or

(2) send by registered or certified mail to the civil-process clerk at the Office of the United States Attorney for the Northern District of Texas ( 500 S. Taylor Street, Suite LB238, Amarillo, TX 79101)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John Sullivan
610 Uptown Boulevard, Suite 2000
Cedar Hill , TX 75104

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE: 06/20/2023

*Signature of Clerk or Deputy Clerk*

Civil Action No. 2:23-cv-00102-Z

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*) _____

was received by me on (*date*) _____.

☐ I personally served the summons on the individual at (*place*) _____
_____ on (*date*) _____; or

☐ I left the summons at the individual's residence or usual place of abode with (*name*) _____
_____, a person of suitable age and discretion who resides there,
on (*date*) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (*name of individual*) _____, who is designated
by law to accept service of process on behalf of (*name of organization*) _____
_____ on (*date*) _____; or

☐ I returned the summons unexecuted because _____; or

☒ other (*specify*) Pursuant to FRCP 4(i), the Defendant was served by certified mail (signed for on 6/26/2023) by the agency; the Attorney General was likewise served via certified mail as required by FRCP 4(i) (signed for on 6/27/2023); and the U.S. Attorney for the Northern District of Texas was served by their agreement on 7/7/2023. Green cards and USAO/NDTX confirmation of service attached.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 7/14/2023

*Server's signature*

Christopher Wiest, Attorney for Plaintiffs
*Printed name and title*

25 Town Center Blvd, Ste. 104, Crestview Hills, KY 41017
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| Freedom Coalition of Doctors for Choice <br> *Plaintiff* <br> v. <br> Centers for Disease Control and Prevention et al <br> *Defendant* | Civil Action No. 2:23-cv-00102-Z |

**Summons in a Civil Action**

**TO:** U.S. Department of Health and Human Services

(These copies of the summons and complaint are to be sent by registered or certified mail to the Attorney General of the United States at 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001.)

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

  John Sullivan
  610 Uptown Boulevard, Suite 2000
  Cedar Hill , TX 75104

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DATE: 06/20/2023

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

Civil Action No. 2:23-cv-00102-Z

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*) _____

was received by me on (*date*) _____ .

☐ I personally served the summons on the individual at (*place*) _____
_____ on (*date*) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (*name*) _____
_____ , a person of suitable age and discretion who resides there,
on (*date*) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (*name of individual*) _____ , who is designated
by law to accept service of process on behalf of (*name of organization*) _____
_____ on (*date*) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ other (*specify*)  Pursuant to FRCP 4(i), the Defendant was served by certified mail (signed for on 6/26/2023) by the agency; the Attorney General was likewise served via certified mail as required by FRCP 4(i) (signed for on 6/27/2023); and the U.S. Attorney for the Northern District of Texas was served by their agreement on 7/7/2023. Green cards and USAO/NDTX confirmation of service attached.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 7/14/2023

_____
Server's signature

Christopher Wiest, Attorney for Plaintiffs
Printed name and title

25 Town Center Blvd, STE 104, Crestview Hills, KY 41017
Server's address

Additional information regarding attempted service, etc:

USPS Certified Mail Return Receipts (PS Form 3811):

**Receipt 1** — Addressed to: Attorney General of the US, 950 Pennsylvania Ave NW, Washington DC 20530
- Article Number: 7021 2720 0001 3472 3939
- Date of Delivery: JUN 27 2023
- Signature present

**Receipt 2** — Addressed to: US Dept of HHS, 200 Independence Ave SW, Washington DC 20201
- Article Number: 7021 2720 0001 3472 3915
- Date of Delivery: 06/27/23
- Signature present

**Receipt 3** — Addressed to: Attorney General of the US, 950 Pennsylvania Ave NW, Washington DC 20530
- Article Number: 7021 2720 0001 3472 3892
- Date of Delivery: JUN 27 2023
- Signature present

**Receipt 4** — Addressed to: CDC c/o US Dept of Health, General Counsel, 200 Independence Ave SW, Washington DC 20201
- Article Number: 7021 2720 0001 3472 3908
- Date of Delivery: 06/26/23
- Signature present



**THE UNITED STATES ATTORNEY'S OFFICE** *for the*
**NORTHERN DISTRICT** *of* **TEXAS**

GEORGE M. PADIS, *Assistant United States Attorney*

1100 Commerce Street, Third Floor
Dallas, Texas 75242

*Telephone*: 214.659.8600
*Facsimile*: 214.659.8811

---

July 7, 2023

Christopher Wiest                                              *Via email*
Chris Wiest, Attorney at Law, PLLC
25 Town Center Blvd, Ste. 104
Crestview Hills, KY 41017
chris@cwiestlaw.com

Re:   *Freedom Coalition of Doctors for Choice v. CDC et al.*, No. 2:23-cv-102-Z (N.D. Tex.)

Dear Mr. Wiest:

This letter confirms that on July 6, 2023, I accepted on behalf of the United States Attorney for the Northern District of Texas service of the summonses and complaint in the above-captioned action. *See* Fed. R. Civ. P. 4(*i*)(1)(A)(i).

Please note that my authority to accept service of process is limited to service on the United States Attorney for the Northern District of Texas, and I do not have authority to accept service of process on behalf of the Attorney General for purposes of Fed. R. Civ. P. 4(*i*)(1)(B).

                                    Yours very truly,

                                    LEIGHA SIMONTON
                                    UNITED STATES ATTORNEY

                                    **GEORGE PADIS**  Digitally signed by GEORGE PADIS
                                    Date: 2023.07.07 09:03:08 -05'00'

                                    George M. Padis
                                    Assistant United States Attorney

CC: John Sullivan
Sarah Delaney