IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

_____

| | |
|---|---|
| FREEDOM COALITION OF DOCTORS FOR CHOICE,<br><br>    Plaintiff,<br><br>v.<br><br>CENTERS FOR DISEASE CONTROL AND PREVENTION, and U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>    Defendants. | Civil Action No. 2:23-CV-00102-Z |

**APPENDIX TO DEFENDANTS' MOTION TO DISMISS**

Contents

A. Webpage Print-out from Alliance Virtual Offices for 600 S. Tyler, Suite 2100, Amarillo, Texas Virtual Office Space (Aug. 3, 2023) ................................ App. 003

        Respectfully submitted,

        LEIGHA SIMONTON
        UNITED STATES ATTORNEY

        */s/ Sarah E. Delaney*
        Sarah E. Delaney
        Assistant United States Attorney
        Arizona Bar No. 031722
        1100 Commerce Street, Third Floor
        Dallas, Texas 75242-1699
        Telephone:  214-659-8730
        Facsimile:   214-659-8807
        sarah.delaney@usdoj.gov

        Attorneys for Defendants

## CERTIFICATE OF SERVICE

On August 7, 2023, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

        */s/ Sarah E. Delaney*
        Sarah E. Delaney
        Assistant United States Attorney

VIRTUAL OFFICE SETUP FEE: SAVE $175 ON A VIRTUAL OFFICE!
Limited Time Only! +

Home / Virtual Offices / United States / Texas / Amarillo

# S. Tyler Virtual Office Spaces in Amarillo, TX

Affordable Virtual Office Space for Amarillo businesses

600 S. Tyler Suite 2100, Amarillo, TX, 79101

Inquire about Virtual Offices

First Name

Last Name

Email

Phone

Company

☐ I have read and agree to the privacy policy.

Submit

**Platinum Plan**                                  6 month term
**$65 /mo**
+$200 one time setup fee

[ADD TO CART]                                      What is included ∨

**Platinum Plan With Live Receptionist**           6 month term
**$190 /mo**
+$200 one time setup fee

[ADD TO CART]                                      What is included ∨

Do you have questions? Click here to chat with our team!

## Features

📍  A prestigious company address solidifies your reputation.

🏢  On-demand access to private meeting spaces.

✉️  Convenient mail pickup whenever you need it.

- Mail forwarding direct to your door. (Additional fees may apply)
- Access to a full suite of helpful office amenities.
- Gain workspace-backed address for easy licensing and entity formation.
- Enhance your marketing efforts with a professional address.
- Address for use on website & business cards.
- Friendly on-site staff support you and your visitors.
- Helpful support from Alliance Virtual Offices.
- On-demand access to workspace in 1400+ locations.

**Your business address will be here:**

First Bank Southwest Office Space

600 S. Tyler Suite 2100, Amarillo, TX, 79101



Every Virtual Office from Alliance is located at a physical office building. However, Alliance Virtual Offices does not guarantee acceptance into Google Business Profile at any of its addresses. Acceptance is at the discretion of Google and the Business Center or Coworking Center.

## About 600 S. Tyler, Amarillo

This incredible virtual office in the heart of Amarillo is guaranteed to make a good impression on clients and colleagues alike. This office space and business mailing facility provides an excellent option for businesses large and small. In addition to a recognized business address, virtual office clients benefit from affordable amenities such as mail forwarding, secretarial and Live Receptionist services, a personalized phone number complete with unlimited local and long distance minutes, access to multiple on-site conference rooms, and more.

### Virtual Office in Amarillo, Texas

Whether your business is just getting started or you're needing to grow, having a respected business address will go a long way in increasing reputability with clients. Our virtual office located at 210 Southwest 6th Avenue, Amarillo, TX 79101 can provide your business the credibility it deserves.

### First Bank Southwest Virtual Office Features and Benefits

Alliance Virtual Offices has thousands of locations in 40 countries... and counting. Your office can be virtually anywhere you want it to be. And whether you select the First Bank Southwest or a different Amarillo virtual office, we aim to maintain the professionalism you expect. Our mail forwarding service and Live Receptionist plans will help you stay professional while you get work done from anywhere.

- **Increase efficiency and concentrate on your work:** Every call is expertly answered and screened by trained receptionists, minimizing distractions and giving you more time to focus on your work.
- **Keep your mobile number safeguarded:** Give your enterprise the credibility it deserves with a 411-listed business number. No more accepting client calls from your personal number. Display your number on any business items like your business cards or website. Connect your staff with customers through our market-leading Virtual Phone system.
- **Mail forwarding:** No more worrying about sorting unwelcome junk mail at your home address. With our mail-forwarding service, get mail sent to your preferred address. When you use your business address for mail, you can keep your home address private.

Eager to take the next step in growing your business? Alliance provides you and your business a comprehensive solution to working virtually. You'll get an established Amarillo business address, Live Receptionist services, mail handling, and a local phone number

## Features and Benefits

- **Work-Ready Company Address**

A professional address for your business with easy access to onsite workspace. Use your new company address for entity documentation, to receive mail, for local marketing, and more.

**Secure and Convenient Mail Pickup**
Mail is received by onsite receptionists and stored securely for local pickup. Collect mail as often as you like at no additional charge.

**Frequent Mail Forwarding**
Have business mail forwarded to the location of your choice on a daily, weekly, bi-weekly or monthly basis (a small additional fee applies for handling and postage).

**A Private Place to Meet**
Easy access to private, professionally managed meeting space on flexible hourly rates. Includes Internet connectivity, conferencing amenities, and support from onsite staff.

**On-Demand Office Space**
Book a private office or a hot desk at your Virtual Office location by the hour or by the day. Work productively in a comfortable, furnished environment that's designed to support remote work.

**Business Center Services**
Keep your day-to-day business running smoothly. Onsite amenities may include copying, printing, shipping, office supplies, administrative support and more.

## Frequently Asked Questions:

**What is the difference between Alliance Virtual Offices and a PO Box location?**

A PO Box is a mailing address typically located at a retail postal store (also known as "pack and ship" store). A Virtual Office from Alliance provides a business address with a professional, fully serviced office that can be used to meet clients, work in privately for a day, or carry out any other typical office requirements.
Our addresses can be used for mail, as well as important requirements such as business licensing and LLC formation. The center is professionally staffed and equipped with ready-to-use workspace, enabling established entrepreneurs and startups to work and conduct meetings on-demand. Our virtual office centers are typically located in central business districts or suburban office parks occupied by other professional, entrepreneurial and startup communities.

**Can I use a Virtual Office for business licensing?**

**Does my Virtual Office include a business phone number?**

**Does a Virtual Office include meeting room usage?**

**How often is my mail forwarded and what is the cost?**

**What's the best city for my business?**

### Services

Virtual Offices

Meeting Rooms

Live Receptionists

Business Phone

Coworking

### Resources

Blog

FAQ

Marketplace

Promo Codes

What is a Virtual Office?



al Address for LLC

ıging Remote Teams

**Company**

About Alliance Virtual

What Clients Say

Partner With Alliance

Contact Us

My Cart

Support

**Connect**






TrustScore 4.4
1,496 reviews

Terms of Use    Privacy Policy

©2023 alliancevirtualoffices.com. All rights reserved. • 2831 St Rose Parkway, Henderson, NV 89052, USA.

App. 006