# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| FREEDOM COALITION OF DOCTORS FOR CHOICE,<br><br>                              Plaintiff,<br><br>v.<br><br>CENTERS FOR DISEASE CONTROL AND PREVENTION and DEPARTMENT OF HEALTH & HUMAN SERVICES,<br><br>                              Defendants. | Civil Action No. 2:23-cv-00102 |

**PLAINTIFF'S APPENDIX IN SUPPORT OF THEIR RESPONSE TO DEFENDANTS' MOTION TO DISMISS FOR VENUE OR TO TRANSFER VENUE**

Plaintiff, by and through Counsel, gives notice of filing the following Appendix, in support of the Response to Defendant's Motion to Dismiss for Venue or to Transfer Venue. This appendix contains the following:

| **Exhibit 1** | Declaration of Richard Bartlett |
|---|---|

Dated: August 28, 2023

Respectfully submitted,

/s/ *John C. Sullivan*
John C. Sullivan
**S|L LAW PLLC**
Texas Bar Number: 24083920
610 Uptown Boulevard, Suite 2000
Cedar Hill, Texas 75104
(469) 523–1351 (v)
(469) 613-0891 (f)
john.sullivan@the-sl-lawfirm.com

>Christopher Wiest*
>Chris Wiest, Atty at Law, PLLC
>25 Town Center Boulevard, Suite 104
>Crestview Hills, KY 41017
>(513) 257-1895 (c)
>(859) 495-0803 (f)
>chris@cwiestlaw.com
>
>*  *pro hac vice*
>
>*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2023, a true and correct copy of this Plaintiff's Appendix was served by CM/ECF on all counsel or parties of record.

>/s/ *John C. Sullivan*
>John C. Sullivan