IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

_____

| | |
|---|---|
| FREEDOM COALITION OF DOCTORS FOR CHOICE,<br><br>    Plaintiff,<br><br>v.<br><br>CENTERS FOR DISEASE CONTROL AND PREVENTION, and U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>    Defendants. | Civil Action No. 2:23-CV-00102-Z |

**UNOPPOSED MOTION TO SET BRIEFING SCHEDULE FOR
CROSS-MOTIONS FOR SUMMARY JUDGMENT**

On November 3, 2023, the Court granted the request of Defendants Centers for Disease Control and Prevention and U.S. Department of Health and Human Services (collectively, "Defendants") for an extension of time to respond to Plaintiff Freedom Coalition of Doctors for Choice's motion for summary judgment, setting Defendants' deadline to respond as November 24, 2023.  (*See* Doc. 23.)  Defendants also intend to file a cross-motion for summary judgment at the same time.

Counsel for the parties have conferred about this case in light of the Court's order and Defendants' plan to file a cross-motion for summary judgment.  In order to conserve both judicial and the parties' resources, Defendants are requesting a Court-ordered

briefing schedule for the parties to file consolidated summary-judgment briefing as

detailed below.  Plaintiff does not oppose the following briefing schedule and proposal:

| Proposed Briefing Schedule | |
|---|---|
| Deadline for Defendants to file consolidated cross-motion for summary judgment and response to Plaintiff's motion for summary judgment | Friday, November 24, 2023 |
| Deadline for Plaintiff to file consolidated response to Defendants' cross-motion for summary judgment and reply in support of its own motion for summary judgment | Friday, December 15, 2023 |
| Deadline for Defendants to file reply in support of their cross-motion for summary judgment | Friday, December 29, 2023 |

Therefore, Defendants respectfully request the Court enter the above briefing

schedule and proposal for consolidated summary-judgment briefing.

Respectfully submitted,

LEIGHA SIMONTON
UNITED STATES ATTORNEY

*/s/ Sarah E. Delaney*
Sarah E. Delaney
Assistant United States Attorney
Arizona Bar No. 031722
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone:   214-659-8730
Facsimile:   214-659-8807
sarah.delaney@usdoj.gov

Attorneys for Defendants

## CERTIFICATE OF CONFERENCE

I certify that on November 7, 2023, counsel for Plaintiff Freedom Coalition of

Doctors for Choice indicated that it does not oppose this motion.

*/s/ Sarah E. Delaney*
Sarah E. Delaney
Assistant United States Attorney

## <u>CERTIFICATE OF SERVICE</u>

On November 8, 2023, I electronically submitted the foregoing document with the

clerk of court for the U.S. District Court, Northern District of Texas, using the electronic

case filing system of the court.  I hereby certify that I have served all counsel and/or pro

se parties of record electronically or by another manner authorized by Federal Rule of

Civil Procedure 5(b)(2).

/s/ Sarah E. Delaney
Sarah E. Delaney
Assistant United States Attorney