IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| FREEDOM COALITION OF DOCTORS FOR CHOICE,<br><br>    Plaintiff,<br><br>v.<br><br>CENTERS FOR DISEASE CONTROL AND PREVENTION, *et al.*,<br><br>    Defendants. | 2:23-CV-102-Z |

## ORDER

Before the Court is the parties' Unopposed Motion to Set Briefing Schedule for Cross-Motions for Summary Judgment ("Motion") (ECF No. 24), filed November 8, 2023. As proposed by the parties, the Court **ORDERS** the following:

- Defendants shall file a consolidated cross-motion for summary judgment and response to Plaintiff's motion for summary judgment (ECF No. 8) on or before **Friday, November 24, 2023**.

- Plaintiff shall file a consolidated response to Defendants' cross-motion for summary judgment and any reply in support of its own motion for summary judgment on or before **Friday, December 15, 2023**.

- Defendants shall file any reply in support of their cross-motion for summary judgment on or before **Friday, December 29, 2023**.

**SO ORDERED.**

November 13, 2023

*[signature]*

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE