### UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| FREEDOM COALITION OF DOCTORS FOR CHOICE | § | |
| *Plaintiff* | § | |
| | § | |
| | § | |
| v. | § | Case No. 2:23-cv-00102-Z |
| | § | |
| | § | |
| CENTERS FOR DISEASE CONTROL ET AL | § | |
| *Defendant* | § | |

### APPLICATION FOR ADMISSION *PRO HAC VICE*
(Complete all questions; indicate "N/A" if necessary.)

**I.**     Applicant is an attorney and a member of the law firm of (or practices under the name of)

SIRI & GLIMSTAD LLP                                                              , with offices at

745 FIFTH AVENUE, SUITE 500
(Street Address)

NEW YORK                                      NY                    10151
(City)                                                (State)                (Zip Code)

212-532-1091                                    646-417-5967
(Telephone No.)                                 (Fax No.)


**II.**     Applicant will sign all filings with the name  Elizabeth A. Brehm                               .


**III.**     Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

FREEDOM COALITION OF DOCTORS FOR CHOICE




to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.**    Applicant is a member in good standing of the bar of the highest court of the state of

_____New York_____, where Applicant regularly practices law.

Bar license number: _4660353_          Admission date: _March 25, 2009_

> For Court Use Only.
> Bar StatusVerified:
>
> _____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.**    Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| See attached | | |
| | | |
| | | |
| | | |

**VI.**    Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

Not applicable

**VII.**    Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

Not applicable

**VIII.**    Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

Not applicable

**IX.**     Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:                    Case No. And Style:

 09/24/2021                             4:21-cv-01058-P PHMPT v. FDA

 10/11/2022                             4:22-cv-00915-P PHMPT, et al v. FDA

 10/13/2022                             6:22-cv-00049-H Schelske et al v. Austin et al
                        (If necessary, attach statement of additional applications.)


**X.**      Local counsel of record associated with Applicant in this matter is

 John C. Sullivan                                                                , who has offices at

 610 Uptown Boulevard, Suite 2000
(Street Address)

 Cedar Hill                              TX                 75104
(City)                                   (State)            (Zip Code)

 (469) 523–1351                          (469) 613-0891
(Telephone No.)                          (Facsimile No.)


**XI.**     Check the appropriate box below.

            For Application in a **Civil Case**

            ☑      Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121
                   F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will
                   comply with the standards of practice adopted in *Dondi* and with the local civil rules.

            For Application in a **Criminal Case**

            ☐      Applicant has read and will comply with the local criminal rules of this court.


**XII.**    Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only.  Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the    4th    day of December                , 2023      .


                                                 Elizabeth A. Brehm
                                                Printed Name of Applicant

                                                 */s/ Elizabeth A. Brehm*
                                                Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature.  If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.

**V.**      Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
| --- | --- | --- |
| New York Eastern District Court | 03/01/2019 | Active |
| New York Northern District Court | 2/22/2021 | Active |
| New York Southern District Court | 2/26/2019 | Active |
| New York Western District | 3/20/2023 | Active |
| Michigan Eastern District Court | 10/06/2022 | Active |
| District Of Columbia District Court | 4/03/2023 | Active |
| 6th Circuit Court of Appeals | 9/15/2022 | Active |
| 4th Circuit Court of Appeals | 8/23/2023 | Active |
| 2nd Circuit Court of Appeals | 11/21/2023 | Active |



*Appellate Division of the Supreme Court
of the State of New York
Second Judicial Department*

———————

I, *Darrell M. Joseph, Acting Clerk of the Appellate Division
of the Supreme Court of the State of New York, Second Judicial
Department, do hereby certify that*

## Elizabeth Ann Brehm

*was duly licensed and admitted to practice as an Attorney and
Counselor at Law in all the courts of this State on* **March 25, 2009,**
*has duly taken and subscribed the oath of office prescribed by law,
has been enrolled in the Roll of Attorneys and Counselors at Law
on file in this office, is duly registered with the Office of Court
Administration, and according to the records of this Court is
currently in good standing as an Attorney and Counselor-at-Law.*



*In Witness Whereof, I have hereunto set
my hand in the City of Brooklyn on
November 9, 2023.*

*Acting Clerk of the Court*

*CertID-00146252*