IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

FREEDOM COALITION
OF DOCTORS FOR CHOICE,

    Plaintiff,

v.                                   2:23-CV-102-Z

CENTERS FOR DISEASE
CONTROL, *et al.*,

    Defendants.

## ORDER

Before the Court is Plaintiff's 's Application for Admission *Pro Hac Vice* ("Application") (ECF No. 31), filed on December 4, 2023. Aaron Siri is an attorney licensed to practice in New York. The Court **DEFERS** ruling on the Application until the following insufficiencies have been cured:

- Local Counsel has not been retained in compliance with Local Civil Rule 83.10.[1]

Plaintiff is **ORDERED, within fourteen (14) days, on or before December 20, 2023**, to: (1) retain local counsel and notify the Court in compliance with Local Civil Rule 83.10; or (2) move for leave to proceed without local counsel, showing good cause for an exception from Local Civil Rule 83.10.

**SO ORDERED**.

December 6, 2023

                                                         MATTHEW J. KACSMARYK
                                                         UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff improperly identifies John C. Sullivan as local counsel. *See* ECF No. 31 at 3. "Local counsel" means a member of the bar of this court who resides or maintains the attorney's principal office in this district and whose residence or principal office is located within 50 miles of the courthouse in the division in which the case is pending. Local Civil Rule 83.10(a).