UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| FREEDOM COALITION OF DOCTORS FOR CHOICE,<br><br>         Plaintiff,<br><br>v.<br><br>CENTERS FOR DISEASE CONTROL AND PREVENTION, AND DEPARTMENT OF HEALTH & HUMAN SERVICES,<br><br>         Defendants. | Civil Action No. 2:23-cv-00102-Z |

## UNOPPOSED MOTION TO PROCEED WITHOUT LOCAL COUNSEL

Plaintiff seeks leave of the Court to proceed without local counsel as to their counsels Aaron Siri and Elizabeth A. Brehm. Plaintiff provides the following good cause to do so:

Plaintiff's lead counsel, associated attorney John Sullivan, filed a Motion to Proceed Without Local Counsel which was granted on June 26, 2023. Further, the undersigned's co-counsel, attorney Christopher Wiest filed a pro hac vice application which was granted on June 26, 2023.

Plaintiff is represented by a team of attorneys from different law firms that now include the undersigned. At all times, Plaintiff's representation is subject to a joint representation agreement. Plaintiff thus requests that the Court grant this motion to proceed without local counsel for attorneys Aaron Siri and Elizabeth A. Brehm, who will work with attorneys John Sullivan and Chris Wiest on this case.

Counsel for Plaintiff met and conferred with counsel for Defendants on December 13, 2023, and Defendants represented that they do not oppose this Motion.

**CONCLUSION**

For the foregoing reasons, Plaintiff requests that the Court grant this Motion to Proceed Without Local Counsel for attorneys Aaron Siri and Elizabeth A. Brehm.

December 13, 2023

*/s/ Aaron Siri*
Aaron Siri*
New York Bar Number: 4321790
Siri & Glimstad LLP
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (212) 532-1091
aaron@sirillp.com

*/s/ Elizabeth A. Brehm*
Elizabeth A. Brehm*
New York Bar Number: 4660353
(**pro hac vice application pending*)
Siri & Glimstad LLP
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (212) 532-1091
ebrehm@sirillp.com

Respectfully submitted.

*/s/ John C. Sullivan*
John C. Sullivan
**S|L LAW PLLC**
Texas Bar Number: 24083920
610 Uptown Boulevard, Suite 2000
Cedar Hill, Texas 75104
Tel: (469) 523–1351
Fax: (469) 613-0891
john.sullivan@the-sl-lawfirm.com

Christopher Wiest (*pro hac vice*)
Chris Wiest, Atty at Law, PLLC
25 Town Center Boulevard, Suite 104
Crestview Hills, KY 41017
Tel: (513) 257-1895
Fax: (859) 495-0803
chris@cwiestlaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2023, a true and correct copy of this Motion was served by CM/ECF on all counsel or parties of record.

| | |
|---|---|
| December 13, 2023 | */s/ Aaron Siri* <br> Aaron Siri <br> N.Y. Bar No. 4321790 <br> Siri & Glimstad LLP <br> 745 Fifth Avenue, Suite 500 <br> New York, New York 10151 <br> Tel: (212) 532-1091 <br> aaron@sirillp.com |

## CERTIFICATE OF CONFERENCE

Plaintiff's counsel, John Sullivan, conferred with Defendants' counsel, Sarah Delaney, on December 13, 2023, and Defendants are not opposed to this Motion.

| | |
|---|---|
| December 13, 2023 | */s/ Aaron Siri* <br> Aaron Siri <br> N.Y. Bar No. 4321790 <br> Siri & Glimstad LLP <br> 745 Fifth Avenue, Suite 500 <br> New York, New York 10151 <br> Tel: (212) 532-1091 <br> aaron@sirillp.com |