IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| FREEDOM COALITION OF DOCTORS FOR CHOICE,<br><br>　　Plaintiff,<br><br>v.<br><br>CENTERS FOR DISEASE CONTROL AND PREVENTION, *et al.*,<br><br>　　Defendants. | 2:23-CV-102-Z |

## ORDER

Before the Court are Plaintiff's Applications for Admission *Pro Hac Vice* ("Applications") (ECF Nos. 31, 32), and Unopposed Motion to Proceed Without Local Counsel (ECF No. 37) ("Motion"), for attorneys Aaron Siri and Elizabeth Brehm. The Court deferred ruling on the Applications pending satisfaction of the local counsel requirement or a motion for leave to proceed without local counsel supported by good cause. *See* ECF Nos. 33, 34. Plaintiff's Motion apprises the Court that attorneys from different law firms, including Mr. Siri and Ms. Brehm, represent Plaintiff subject to a joint representation agreement. *See* ECF No. 37. Additionally, John Sullivan, associated counsel, has been granted permission to proceed without local counsel. ECF No. 6. Accordingly, the Court **GRANTS** the Applications and Motion and **ORDERS** that Mr. Siri and Ms. Brehm may represent Plaintiff in this matter without local counsel, subject to further order of the Court.

**SO ORDERED**.

December 14, 2023

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE