IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| FREEDOM COALITION OF<br>DOCTORS FOR CHOICE,<br><br>  Plaintiff,<br><br>v.<br><br>CENTERS FOR DISEASE CONTROL<br>AND PREVENTION, *et. al.*,<br><br>  Defendants. | 2:23-CV-102-Z |

## NOTICE

Counsel of record notified this Court of minor discrepancies appearing in the recent Memorandum Opinion and Order (ECF No. 40). Accordingly, that document has been updated and those discrepancies corrected.

The Court issues notice accordingly.

January 8, 2024

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE