UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| FREEDOM COALITION OF DOCTORS FOR CHOICE,<br><br>                              Plaintiff,<br><br>v.<br><br>CENTERS FOR DISEASE CONTROL AND PREVENTION, AND DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>                              Defendants. | Civil Action No. 2:23-cv-00102 |

**JOINT MOTION TO POSTPONE THE
BRIEFING SCHEDULE FOR ATTORNEYS' FEES**

Plaintiff Freedom Coalition of Doctors for Choice and Defendants Centers for Disease Control and Prevention and Department of Health and Human Services, jointly request an extension for the time in which Plaintiff may file a motion for attorneys' fees and costs until sixty (60) days after the ordered production has been completed.

A proposed order is attached.

WHEREFORE, the parties request that the Court extend the time for Plaintiffs to file a motion for attorneys' fees and costs until sixty (60) days after Defendants' ordered production has been completed.

1

| | |
|---|---|
| January 12, 2024 | Respectfully submitted. |
| LEIGHA SIMONTON<br>UNITED STATES ATTORNEY | */s/ John C. Sullivan*<br>John C. Sullivan<br>S\|L LAW PLLC |
| */s/ Sarah E. Delaney*<br>(signed with permission)<br>Sarah E. Delaney<br>Assistant United States Attorney<br>Arizona Bar No. 031722<br>1100 Commerce Street, Third Floor<br>Dallas, Texas 75242-1699<br>Telephone: 214-659-8730<br>Facsimile: 214-659-8807 | Texas Bar Number: 24083920<br>610 Uptown Boulevard, Suite 2000<br>Cedar Hill, Texas 75104<br>Tel: (469) 523–1351<br>Fax: (469) 613-0891<br>john.sullivan@the-sl-lawfirm.com |
| | Christopher Wiest (*pro hac vice*)<br>Chris Wiest, Atty at Law, PLLC<br>25 Town Center Boulevard, Suite 104<br>Crestview Hills, KY 41017<br>Tel: (513) 257-1895<br>Fax: (859) 495-0803<br>chris@cwiestlaw.com |
| *Attorneys for Defendants* | |
| | */s/ Aaron Siri*<br>Aaron Siri (*pro hac vice*)<br>New York Bar Number: 4321790<br>Elizabeth A. Brehm (*pro hac vice*)<br>New York Bar Number: 4660353<br>SIRI & GLIMSTAD LLP<br>745 Fifth Avenue, Suite 500<br>New York, New York 10151<br>Tel: (212) 532-1091<br>aaron@sirillp.com<br>ebrehm@sirillp.com |
| | *Attorneys for Plaintiff* |