# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| FREEDOM COALITION OF DOCTORS FOR CHOICE,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>CENTERS FOR DISEASE CONTROL AND PREVENTION, AND DEPARTMENT OF HEALTH & HUMAN SERVICES,<br><br>　　　　　　　　　　　　Defendants. | Civil Action No. 2:23-cv-00102 |

## [PROPOSED] ORDER

On this day came to be heard the parties' Joint Motion to Postpone the Briefing Schedule for Attorneys' Fees, and the Court is of the opinion that the Motion be GRANTED. It is therefore,

ORDERED that the Joint Motion to Postpone the Briefing Schedule for Attorneys' Fees is GRANTED and the time is extended for Plaintiffs to file a motion for attorney's fees and costs until sixty (60) days after Defendants' ordered production has been completed.

SIGNED the _____ day of January, 2024.

_____
UNITED STATES DISTRICT JUDGE