IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| FREEDOM COALITION OF DOCTORS FOR CHOICE, | |
| Plaintiff, | |
| v. | 2:23-CV-102 |
| CENTERS FOR DISEASE CONTROL AND PREVENTION *et al.*, | |
| Defendants. | |

**ORDER**

Before the Court is the parties' Joint Motion to Postpone the Briefing Schedule for Attorneys' Fees ("Motion") (ECF No. 42), filed January 12, 2024. They request an extension of time in which "Plaintiff may file a motion for attorneys' fees and costs until sixty (60) days after the ordered production has been completed." ECF No. 42 at 1. The ordered production must be completed by January 15, 2025. ECF No. 40 at 29.

The circumstances of this case warrant an extension. The Court therefore **GRANTS** the Motion and **ORDERS** that Plaintiffs file a motion for attorneys' fees and costs **no later than March 17, 2025** at **11:59 p.m. CST**.

**SO ORDERED**.

January 18, 2024.

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE