IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| FREEDOM COALITION OF DOCTORS FOR CHOICE,<br><br>Plaintiff,<br><br>v.<br><br>CENTERS FOR DISEASE CONTROL AND PREVENTION, and U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>Defendants. | Civil Action No. 2:23-CV-00102-Z |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action is hereby dismissed with prejudice.

Respectfully submitted,

By:
John C. Sullivan
S|L LAW PLLC
Texas Bar. No. 24083920
610 Uptown Boulevard, Suite 2000
Cedar Hill, Texas 75104
Tel: 469-523-1351
Fax: 469-613-0891
john.sullivan@the-sl-lawfirm.com

Christopher Wiest (pro hac vice)
Chris Wiest, Atty at Law, PLLC
25 Town Center Boulevard, Suite 104
Crestview Hills, Kentucky 41017
Tel: 513-257-1895
Fax: 859-495-0803
chris@cwiestlaw.com

/s/ _____
Aaron Siri (pro hac vice)
New York Bar Number: 4321790
Elizabeth A. Brehm (pro hac vice)
New York Bar Number: 4660353
745 Fifth Ave, Suite 500
New York, NY 10151
Tel: (212) 532-1091
aaron@sirillp.com
ebrehm@sirillp.com

Attorneys for Plaintiff

CHAD E. MEACHAM
ACTING UNITED STATES ATTORNEY

/s/ _____
Sarah E. Delaney
Assistant United States Attorney
Arizona Bar No. 031722
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Tel:  214-659-8730
Fax: 214-659-8807
sarah.delaney@usdoj.gov

Attorneys for Defendants